**Opinion issued March 31, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-26-00005-CV**

———————————

**ARTURO GOMEZ, Appellant**

**V.**

**ROSA CASAREZ, Appellee**

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-17524**

---

**MEMORANDUM OPINION**

Appellant Arturo Gomez filed its notice of appeal on January 2, 2026. Appellant did not pay the appellate filing fee or establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil

Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals). The Clerk of this Court notified Appellant that unless he paid the appellate filing fee by February 23, 2026, his appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, Appellant has not responded to the Clerk's notice, paid the appellate filing fee, or established indigence for purposes of appellate costs.

We thus dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b)–(c), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.